To whom it may concern, my name is Johnny Davis. In March 2015 I sent numerous documents showing multiple "violations" during my hearing and during investigation.

RECEIVED IN
COURT OF CRIMINAL APPEALS
JUN 16 2015
Abel Acosta, Clerk

I have not heard back from you. I am willing to do whatever it takes to get my case sent back to court I feel with all the conflicting statements from state witness Darline Davis the state witness Mineral wells TX police department Jeremy Hamischen stating that this was not a nervous injury. Cook's Childrens hospital lack of evidence of intent. The speculation by the Palo Pinto courts "cell I (am drink of) was he was angry at the victim because he wouldn't be still" also I have come across (had) evidence showing 100% proof that I could not have inflicted injury to the victims left side when during the interrogation I demonstrated where I picked up the victim with my left hand which in turn would have caused injuries to his RIGHT side. I feel that I'm only

guilty of neglect I have a theory of who actually inflicted this injury to the victim but I want to wait until I hear from you. Also I feel that I was convicted because of my "mental illness"

"his wife states that he suffers from explosive personality disorder which leaves him prone to anger and violence which we feel that it would be in the best interest of the community that he be sentenced to the institutional division of TDCJ" also the grand jury indictment stating that this offense was committed on or about 8-30-2013 when numerous statements from witnesses

Stephanie Ann Miles — "the injury was not there Friday (8-30-13) "He told me that they had been treating the injury with neosporin since Saturday morning (8-31-13)

Officer Jeremy Hamscher — (through cross examination my nephew Ritchie — the injury occured sometime Saturday evening (8-31-13) Officer Hamscher "Yes that is correct. so I'm willing to take all this evidence to the supreme court if necessary

I am not trying to upset anyone by threating the use of the supreme court it is just that every day that I sit here in TSCJ the more I want to end my life because I did not hurt my son. If you will study (view) the video of my interrogation you can see where I used my left hand during the demostration and surely "confessed" because I was in pain and wanted to so I could go home and not knowing I was going to jail. which I ended up doing. my attorney did not let me view any of the interrogation videos. also there is no evidence that what I confessed to was intent. like I have stated before my attorney Make & no one concerning my case he did not discuss or let me see my evidence. I am begging for another trial this case was built on circumstatunal evidence hearsay speculation, violation of numerous codes and Rules. I have not been to see or speak to my son in almost 2years. yes I was sick to everyone but my medical condition can be treated with medication

Please let me know what the next step I have to take to get my case back to court. you have all my Evidence showing all the violations in my case. neither of my attorneys tried to prove my innocence. The medical records do not show without a doubt that I caused this injury. like I said there is evidence proving my innocence. I could not have inflicted this injury. speak to a medical expert from the state and then contact me. the experts will state what I am saying I used my left hand which would have caused injury to the right side. also the grand Jury date of offence is wrong. state witnesses testimonies proved this. Please contact me ASAP. I do not want to make anyone upset I just want to go home. I can not stay in here Knowing I am innocent I have Provided you all the Evidence Use it!!!!